UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 22-CR-10006 (WGY) |
| ) | |
| KRIS BORTNOVSKY and ) | |
| RYAN SHAPIRO, ) | |
| ) | |
| Defendants ) | |

INITIAL STATUS REPORT

Pursuant to Local Rule 116.5(a), the United States of America and the defendants Ryan Shapiro and Kris Bortnovsky, by their respective counsel, submit this initial status report.

1. The government produced substantial automatic discovery to defendant Shapiro on approximately February 17, 2022, and to defendant Bortnovsky on approximately February 22, 2022, on hard drives containing at least approximately 5 terrabytes of data. The government is in the process of preparing an index of these produced materials. It is also attempting to engage an outside vendor that will enable it to reproduce the automatic discovery in a searchable format.

2. The government has also committed to produce additional automatic discovery, including certain non-privileged communications and records of a cooperating witness and the contents of accounts subscribed to by him, once it has isolated these materials, which it expects to be able to do in approximately 45 days, or by April 15, 2022.

3. The defendants have made informal discovery requests, to some of which the government has responded and some of which the government is evaluating.

4. Defendants intend to continue their review of the provided automatic discovery and will file any discovery requests under Local Rule 116.3(a) within 60 days of the

1

government's supplemental productions, or by June 15, 2022.

5. The parties filed an assented to motion for a protective order on February 17, 2022, which the Court (Bowler, J.) entered on February 22, 2022. (Docket No. 32).

6. The parties jointly propose that they will establish a schedule for pretrial motions under Fed. R. Crim. P. 12(b) and expert disclosures by the later of July 15, 2022 or the completion of any motion practice related to automatic discovery.

7. Through Local Rule 112.2(a)(1), the Court has excluded the period between arraignment and the scheduled Initial Status Conference (March 8, 2022) from calculations under the Speedy Trial Act. Accordingly, zero days have been counted and 70 days remain under the Speedy Trial Act.

8. The parties also jointly request that the Court, pursuant to 18 U.S.C. §§3161(h)(7)(A) and 3161(h)(7)(B)(ii), and Sections 5(b)(7)(B) and 5(b)(7)(C)(ii) of the *Plan for Prompt Disposition of Criminal Cases* for the District of Massachusetts (effective December 2008), designate this an unusual or complex case, grant a continuance of the time within which the trial of the charged offense must commence, and exclude the time period from the date of the Initial Status Conference (March 8, 2022) through and including the date trial is to commence, from the speedy trial clock. In support of this proposal, the parties submit that the volume of automatic discovery in the case, which includes an enormous volume of electronic communications, financial records, and intercepted wire and electronic communications, makes it unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limit established by the Speedy Trial Act. *See* 18 U.S.C. §3161(h)(7)(B)(ii) and Section 5(b)(7)(C)(ii) of the *Plan for Prompt Disposition of Criminal Cases*. The ends of justice served by continuing the date on which trial in this case must commence, and excluding the time period from March 8, 2022 to and

including the date trial is to commence from the speedy trial clock, accordingly outweigh the best interests of the public and the defendant in a speedy trial, *see* 18 U.S.C. §3161(h)(7)(A) and Section 5(b)(7)(B) of the *Plan for Prompt Disposition of Criminal Cases*. The parties will submit separately a proposed Order for the Court's consideration.

Respectfully submitted,

| | |
|---|---|
| KRIS BORTNOVSKY<br>By his attorney, | RACHAEL S. ROLLINS<br>United States Attorney |
| */s/James R. Froccaro Jr.*<br>JAMES R. FROCCARO JR., ESQ.<br>Attorney at Law<br>20 Vanderventer Avenue<br>Suite 103W<br>Port Washington, New York 11050 | By:   */s/Seth B. Kosto*<br>STEPHEN E. FRANK<br>SETH B. KOSTO<br>Assistant U.S. Attorneys |

RYAN SHAPIRO,
By his attorney,

*/s/Martin G. Weinberg*
MARTIN G. WEINBERG, ESQ.
20 Park Plaza
Suite 1000
Boston, Massachusetts 02116

March 3, 2022

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

> */s/Seth B. Kosto*
> Seth B. Kosto
> Assistant United States Attorney

March 3, 2022