UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.                                                          Criminal No. 22-CR-10006 (WGY/MBB)

KRIS BORTNOVSKY and
RYAN SHAPIRO,

     Defendants.

## JOINT MOTION TO CONTINUE TRIAL

The parties respectfully move to continue the trial in this matter until May 1, 2023, or a date thereafter that is convenient to the Court.  As grounds for this motion, the parties state:

1. The defendants in this case were indicted on January 6, 2022. The trial is currently scheduled to commence on January 10, 2023.  The Court has designated this case complex and has excluded time from the calculation of the speedy trial clock until the trial date.

2. The discovery in this case is voluminous.  The government has, to date, produced close to 3 million pages of discovery to the defense in a searchable format.  The government anticipates producing additional discovery as it processes additional communications of the defendants and others.  The defense requires additional time to review the discovery and to prepare for trial.  The government agrees that this additional time is necessary given the magnitude of the discovery that has been produced and given the time it will take to provide the defendants with the additional discovery the government expects to produce.

3.  Counsel for defendant Bortnovsky is scheduled to begin trial in a multi-defendant health care fraud case in New York State court on January 27, 2023.  That trial is expected to last approximately two months.

4.  Neither of the defendants is currently detained pending trial.

5.  The parties currently anticipate the length of the trial in this case will be between two and three weeks.

6.  The requested continuance would not unduly delay the proceedings, as it would mean that the trial of this complex matter would be completed within approximately 16 months of indictment.

Respectfully submitted,

RACHAEL S. ROLLINS
UNITED STATES ATTORNEY

By: */s Stephen E. Frank*
STEPHEN E. FRANK
SETH B. KOSTO
Assistant U.S. Attorneys

KRIS BORTNOVSKY
Defendant

By: */s James R. Froccaro, Jr.*
JAMES R. FROCCARO, JR.
Counsel to Defendant Kris Bortnovsky

RYAN SHAPIRO
Defendant

By: */s Martin G. Weinberg*
MARTIN G. WEINBERG
Counsel to Defendant Ryan Shapiro

August 1, 2022

CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2022, the foregoing document filed through the ECF system will be sent electronically to counsel for the Defendants, who are registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Stephen E. Frank
STEPHEN E. FRANK
Assistant United States Attorney

August 1, 2022